| | |
|---|---|
| BRADFORD HANCOX, as the Administrator of the Estate of Candee Sommer )<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE FARM MUTUAL AUTOMOBILE )<br>INSURANCE COMPANY and ROBBIE )<br>WILLETS )<br>Defendant. ) | **JUDGMENT**<br>5:22-cv-188-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion for judgment on the pleadings.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 22, 2022, and for the reasons set forth more specifically therein, defendant's motion for judgment on the pleadings is GRANTED. Plaintiff's complaint is DISMISSED.

**This Judgment Filed and Entered on November 22, 2022, and Copies To:**
Christopher James Anglin  (via CM/ECF Notice of Electronic Filing)
Diane K. Pappayliou / J. Scott Lewis / John Stewart Butler, III (via CM/ECF Notice of Electronic Filing)

November 22, 2022	PETER A. MOORE, JR., CLERK

	  /s/ Sandra K. Collins
	(By) Sandra K. Collins, Deputy Clerk